**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants Oyster Bay*
*Restaurant, Inc. and Oyster Bay Seafood, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR VARGAS, an individual, on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>OYSTER BAY RESTAURANT, INC., a domestic corporation; OYSTER BAY SEAFOOD, LLC, a domestic limited-liability company; and DOES I through 100, Inclusive,<br><br>       Defendants. | Case Number: 2:19-cv-00233-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COLLECTIVE ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Defendants Oyster Bay Restaurant, Inc. ("Oyster Bay Restaurant") and Oyster Bay Seafood, LLC ("Oyster Bay Seafood," and collectively, "Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff Oscar Vargas ("Vargas"), by and through his counsel of record, the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, hereby stipulate and agree as follows:

  1.  On February 7, 2019, Vargas filed his Collective Action Complaint [ECF Nos. 1, 2] ("Complaint");

  2.  The Complaint and Summonses were served upon both Defendants on February 25, 2019 [ECF Nos. 9, 10];

/ / /

MAC:00002-306 3682700_1 3/15/2019 5:58 PM

3.      Defendants' respective responses to the Complaint are currently due on March 18, 2019; and

4.      The parties have agreed to extend the deadline for Defendants to respond to the Complaint to March 28, 2019, due Defendants' counsel's formal retention on March 15, 2019, and the parties desire to discuss the possibility of early resolution.

IT IS SO STIPULATED.

Dated this <u>15th</u> day of March, 2019.

MARQUIS AURBACH COFFING

_/s/ Jared M. Moser, Esq._

By: Cody S. Mounteer, Esq.
    Nevada Bar No. 11220
    Jared M. Moser, Esq.
    Nevada Bar No. 13003
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants Oyster Bay*
    *Restaurant, Inc. and Oyster Bay*
    *Seafood, LLC*

Dated this <u>15th</u> day of March, 2019.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

_/s/ Daniel Bravo_

By: Don Springmeyer, Esq.
    Nevada Bar No. 1021
    Bradley Schrager, Esq.
    Nevada Bar No. 10217
    Daniel Bravo, Esq.
    Nevada Bar No. 13078
    3556 E. Russell Road, 2nd Floor
    Las Vegas, Nevada 89120-2234
    *Attorneys for Plaintiff Oscar Vargas*

## **ORDER**

Based on the forgoing stipulation and good cause appearing,

**IT IS SO ORDERED** that Defendants' deadline to respond to the Complaint is extended to March 28, 2019.

DATED this ___21st___ day of March, 2019.

_____
U.S. MAGISTRATE JUDGE

MAC:00002-306 3682700_1 3/15/2019 5:58 PM