**Marquis Aurbach Coffing**
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cmounteer@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants Oyster Bay*
*Restaurant, Inc. and Oyster Bay Seafood, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR VARGAS, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OYSTER BAY RESTAURANT, INC., a domestic corporation; OYSTER BAY SEAFOOD, LLC, a domestic limited-liability company; and DOES I through 100, Inclusive,<br><br>Defendants. | Case Number: 2:19-cv-00233-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COLLECTIVE ACTION COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendants Oyster Bay Restaurant, Inc. ("Oyster Bay Restaurant") and Oyster Bay Seafood, LLC ("Oyster Bay Seafood," and collectively, "Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff Oscar Vargas ("Vargas"), by and through his counsel of record, the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, hereby stipulate and agree as follows:

1. On February 7, 2019, Vargas filed his Collective Action Complaint [ECF Nos. 1, 2] ("Complaint");

2. The Complaint and Summonses were served upon both Defendants on February 25, 2019 [ECF Nos. 9, 10];

/ / /

3.  Defendants' respective responses to the Complaint are currently due on March 28, 2019; and

4.  The parties have agreed to extend the deadline for Defendants to respond to the Complaint to April 11, 2019, due to the parties working in good faith to resolve the matter without incurring unnecessary litigation costs and attorney fees.

IT IS SO STIPULATED.

Dated this 27th day of March, 2019.

MARQUIS AURBACH COFFING

By: _/s/ Jared M. Moser_
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Oyster Bay Restaurant, Inc. and Oyster Bay Seafood, LLC*

Dated this 27th day of March, 2019.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: _/s/ Daniel Bravo_
Don Springmeyer, Esq.
Nevada Bar No. 1021
Bradley Schrager, Esq.
Nevada Bar No. 10217
Daniel Bravo, Esq.
Nevada Bar No. 13078
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
*Attorneys for Plaintiff Oscar Vargas*

## **ORDER**

Based on the forgoing stipulation and good cause appearing,

**IT IS SO ORDERED** that Defendants' deadline to respond to the Complaint is extended to April 11, 2019.

DATED this 27 day of March, 2019.

_____
U.S. MAGISTRATE JUDGE

MAC:15180-002 3691605_1.docx 3/26/2019 3:19 PM