DON SPRINGMEYER, ESQ. (SBN 1021)
BRADLEY SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: bschrager@wrslawyers.com
Email: dbravo@wrslawyers.com

*Attorneys for Plaintiff Oscar Vargas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR VARGAS, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OYSTER BAY RESTAURANT INC., a domestic corporation; OYSTER BAY SEAFOOD LLC, a domestic limited-liability company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No: 2:19-cv-00233-GMN-CWH<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

Plaintiff, OSCAR VARGAS ("Plaintiff"), but and through his attorneys of record, respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Plaintiff respectfully requests that the Court vacate all deadlines as set forth in the March 27, 2019 Order (ECF No. 15).

DATED this 8th day of April, 2019.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN. LLP**

By:  */s/ Bradley Schrager*
DON SPRINGMEYER, ESQ. (SBN 1021)
BRADLEY SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234

*Attorneys for Plaintiff Oscar Vargas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2019, a true and correct copy of the **PLAINTIFF'S NOTICE OF SETTLEMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:  */s/ Dannielle Fresquez*
Dannielle Fresquez, an employee of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP