DON SPRINGMEYER, ESQ. (SBN 1021)
BRADLEY SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Telephone: (702) 341-5200/Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: bschrager@wrslawyers.com
Email: dbravo@wrslawyers.com

*Attorneys for Plaintiff Oscar Vargas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR VARGAS, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OYSTER BAY RESTAURANT INC., a domestic corporation; OYSTER BAY SEAFOOD LLC, a domestic limited-liability company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No: 2:19-cv-00233-GMN-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff OSCAR VARGAS, by and through his attorneys of record, hereby gives notice that the above-captioned action is voluntary dismissed with prejudice against Defendants OYSTER BAY

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

RESTAURANT INC. and OYSTER BAY SEAFOOD LLC.

DATED this 19th day of April, 2019.

        **WOLF, RIFKIN, SHAPIRO,**
        **SCHULMAN & RABKIN. LLP**

      By: */s/ Don Springmeyer*
        DON SPRINGMEYER, ESQ. (SBN 1021)
        BRADLEY SCHRAGER, ESQ. (SBN 10217)
        DANIEL BRAVO, ESQ. (SBN 13078)
        3556 E. Russell Road, 2nd Floor
        Las Vegas, Nevada 89120-2234

        *Attorneys for Plaintiff Oscar Vargas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2019, a true and correct copy of the **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

      By: */s/ Noemy Valdez*
        Noemy Valdez, an employee of WOLF, RIFKIN,
        SHAPIRO, SCHULMAN & RABKIN, LLP